UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAWN RENEE DOTSON, | |
| Plaintiff, | Civil Action No. 19-cv-00043 |
| v. | Judge Jia M. Cobb |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## ORDER

After reviewing the record, considering the Magistrate Judge's May 27, 2021 Report and Recommendation, and hearing no objections from Plaintiff Dawn Dotson, the Court adopts the Magistrate Judge's Report and accepts their Recommendation. ECF 21.  This Court thus:

**GRANTS** Defendant's Motion for Judgment of Affirmance, ECF 14; and

**DENIES** Plaintiff's Motion for Judgment of Reversal, ECF 12;

**SO ORDERED**.

DATE: October 6, 2022

_____
Jia M. Cobb
U.S. District Court Judge